

**TARSHISH | CODY** PLC
ATTORNEYS & COUNSELORS

6337 PENN AVENUE SOUTH   952 361 5556 TEL
MINNEAPOLIS, MN 55423   952 361 5559 FAX
ATTORNEYSINMN.COM

July 20, 2018

*Adam R. Strauss*
*ars@attorneysinmn.com*
*Direct Dial: 651.505.3335*

**SENT VIA ECF ONLY**
United States Magistrate Judge Steven E. Rau
**United States District Court**
316 North Robert Street
St. Paul, MN, 55101

**NOTICE OF SETTLEMENT**

Re: Kendra Sundvall v. Franklin Collection Service, Inc.
**Court File No.: 0:17-cv-01765 (JRT/SER)**

Dear Magistrate Judge Rau:

This letter is to advise the Court that the parties to the above-referenced matter have reached a resolution. Upon final completion of the settlement, the parties will file Stipulation for Dismissal as well as a corresponding proposed Order. Any future hearings or conferences may be removed from the Court's calendar. Please do not hesitate to have your chambers contact the parties should you have any further questions. Thank you for Your Honor's assistance in this matter.

Thanks,
**TARSHISH CODY, PLC**

s/ *Adam R. Strauss*

Adam R. Strauss

c:   Client (via email)
     Counsel for Defendants